

**NUMBER 13-15-00569-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**JUAN ELIGIO GARCIA,**                                                      **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                                      **Appellee.**

---

On appeal from the 398th District Court
of Hidalgo County, Texas.

---

# ORDER TO FILE APPELLATE BRIEF

### Before Justice Rodriguez, Benavides, and Perkes
### Order Per Curiam

This cause is currently before the Court on appellant's third motion for extension of time to file the brief.  A supplemental clerk's record was filed on March 18, 2016, and appellant's brief was originally due to be filed thirty days thereafter.  *See* TEX. R. APP. P. 38.6(a).  This Court has previously granted appellant two extensions of time totaling 120

days to file the brief, and appellant now seeks an additional 30 days, until September 15, 2016, to file the brief.

The Court GRANTS appellant's fourth motion for extension to file the brief and ORDERS the Honorable Victoria Guerra to file the brief on or before September 15, 2016. The Court looks with disfavor on the delay caused by counsel's failure to timely file a brief in this matter. No further extensions will be granted absent exigent circumstances. If counsel fails to file the brief within the specified period of time, the Court will act appropriately to ensure that appellant's rights are protected. *See id.* R. 38.8(b)(4).

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
29th day of August, 2016.